Roy J. Goldenberg, appellee, v. Boston Store of Chicago, appellant. Gen. No. 26,810.

Action to recover the value of an overcoat taken from a locker in defendant's store in which plaintiff was employed. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Bugee, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed March 21, 1922.

Moses, Rosenthal & Kennedy, for appellant; Hamilton Moses and Millard C. Eiseman, of counsel. No appearance for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Peter Schoenhofen Brewing Company et al., appellees, v. North American Brewing Compuany, appellant. Gen. No. 26,822.

Order finding respondent and a corporation guilty of violating an injunction and imposing a fine of $1,000. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed March 21, 1922.

Sabath & Stafford, for appellant; Charles B. Stafford and Thomas M. Zasadil, Jr., of counsel. Levinson & Hoffman, for appellees; Harry C. Levinson and George W. D. Lederer, of counsel.

Mr. Justice Morrill delivered the opinion of the court.

---

John C. Tegtmeyer, appellee, v. Chester N. Marthens Marble Company, appellant. Gen. No. 26,841.

Action to recover a balance due for labor and materials furnished in installing electrical equipment. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Laurence B. Jacobs, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed March 21, 1922.

Cheney, Evans & Peterson, for appellant; A. William Groth, of counsel. Philip L. Sullivan, for appellee; Frank M. Padden, of counsel.

Mr. Justice Morrill delivered the opinion of the court.

---

Elizabeth Shea, appellee, v. Peter P. Duket, appellant. Gen. No. 26,860.

Action of forcible entry and detainer for possession of a flat. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry C. Moran, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed March 21, 1922.

Novak & Novak, for appellant. Joseph A. Golde and Walter A. Brendecke, for appellee; Fred E. Newton, of counsel.

Mr. Justice Morrill delivered the opinion of the court.